UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br>v.<br><br>ROBYN OSINOFF**,** in individual and representative capacity as trustee of the Robyn Sterling Trust; TOYS 'R' US-DELAWARE, INC.,a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-03144-CBM-JEMx<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL [JS-6]** |

## **ORDER**

Pursuant to Plaintiff Shirley Lindsay's and Defendant Toys 'R' Us-Delaware, Inc.'s (collectively, "Parties") joint stipulation for dismissal, this action is hereby ordered dismissed with prejudice as to all parties, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 14, 2015

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE